IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

VICTOR WRIDEN,

      Appellant,

v.                           Case No.  5D16-4087

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed March 9, 2018

Appeal from the Circuit Court
for Orange County,
Alan S. Apte, Judge.

James S. Purdy, Public Defender, and
Andrew Mich, Assistant Public Defender,
Daytona Beach, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Kaylee D Tatman,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

We affirm Victor Wriden's convictions and sentences.  However, we remand this matter to the trial court to enter a written order adjudicating Wriden competent to proceed nunc pro tunc to August 27, 2015, the date when the trial court orally found on the record that Wriden was competent.

AFFIRMED AND REMANDED FOR ENTRY OF ORDER.

SAWAYA, ORFINGER and EDWARDS, JJ., concur.